Case 4:25-cr-00415   Document 97   Filed on 12/04/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL NO. 4:25-CR-00415 |
| | § |
| RAMON ALEXANDRO ROVIROSA | § |
| MARTINEZ, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER DENYING RULE 29 MOTION TO DISMISS

At the conclusion of the government's presentation of its evidence, the government rested. The defendant offered an exhibit, called no witnesses, and rested its presentation. The defendant then presented an oral motion to dismiss the Indictment against him, pursuant to Fed. R. Crim. Proc., Rule 29. The government presented a response to the defendant's motion and the Court took the matter under advisement pending the revelation of the documentary evidence. The documentary evidence is constituted of text messages, WhatsApp communications and various financial records and screenshots.

The Court now, having heard the arguments of both the government and the defense, as well as a review of the communications between the defendant, the co-defendant and various unindicted co-conspirators on text and WhatsApp messages, determines that the defendant's Rule 29 motion to dismiss should be Denied.

By this holding, the Court is not addressing the evidence or the weight of same. Instead, the Court determines that sufficient evidence has been admitted such that the jury should decide the propriety of the evidence in relation to each Count of the Indictment.

Therefore, the Court submits the case to the jury finding that the evidence supports a determination by the "factfinder" *i.e.,* whether the evidence supports a verdict of "guilty" or "not guilty" on each of Counts 1 through 4.

It is so Ordered that the motion be and it is Hereby Denied.

SIGNED on December 4, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge