UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00415-001 |
| | § | |
| RAMON ALEXANDRO ROVIROSA | § | |
| MARTINEZ | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON April 6, 2026 at 9:00 AM**

Appearances:     Brad Gray
Lindsey Carson
Samad Pardesi
Ryan McConnell
Lawrence Finder
Matthew Boyden
Catherine Maraist
(Court Reporter: Lanie Smith)

The following rulings were made:

The Court conducted a telephone conference in this matter and announced that a Memorandum

Opinion and appropriate Order of Dismissal will issue in this case in ten (10) days.

It is so ORDERED.

SIGNED on April 6, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge